# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| TALISHA ROSE,<br> Claimant | M.D. Fla. No.:<br>3:23-cv-200-HES-MCR |
| v. | |
| VECTRUS SYSTEMS CORPORATION,<br> Employer | On appeal from the United States Department of Labor, Benefits Review Board |
| and | BRB No.: BRB. No. 20-0279<br>OALJ No.: 2017-LDA-00333<br>OWCP No.: LS-06314618 |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br> Carrier | |
| and | VECTRUS SYSTEMS CORPORATION AND INSURANCE COMPANY OF THE STATE OF PENNSYSYLVANIA'S PETITION FOR JUDICIAL REVIEW |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR | |

## VECTRUS SYSTEMS CORPORATION AND INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S PETITION FOR JUDICIAL REVIEW

Vectrus Systems Corporation and Insurance Company of the State of Pennsylvania ("Petitioners") file this Petition for Judicial Review ("Petition"). This Petition is filed pursuant to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. §. 901 *et seq*) as extended by the Defense Base Act (42 U.S.C. § 1651 *et seq*). See 33 U.S.C. § 921 (c); 20 C.F.R. § 802.401 (a). In support of the Petition, Petitioners state as follows:

1. The address of for the Employer, Vectrus Systems Corporation, is 2424 Garden of the Gods Road, Suite 300, Colorado Springs, Colorado 80919.

2. The address for the Carrier, Insurance Company of the State of Pennsylvania, is 175 Water Street, 18th Floor, New York, New York 10038.

3. The address for the Claimant, Talisha Rose, 332 Greenway Farm Place, Afton, Virginia 22920.

4. On October 31, 2016 Talisha Rose filed a claim for benefits pursuant to the Defense Base Act alleging a cumulative psychological injury through May 21, 2013 arising out of and in the course of her employment with Vectrus Systems Corporation in Afghanistan.

5. After referral from the Office of Workers' Compensation Programs to the Office of Administrative Law Judges on February 9, 2017, the matter proceeded to formal hearing on November 13, 2017.

6. On May 12, 2020, Administrative Law Judge Monica Markley issued a Decision and Order denying Benefits (Exhibit A) on the grounds that Talisha Rose had not credibly established that she had a psychological injury and thus failed thus failed to establish a *prima facie* case to invoke the section 20 (a) presumption. See 33 U.S.C. § 920 (a).

7. Talisha Rose sought review of the May 12, 2020 Decision and Order Denying Benefits by the United States Department of Labor Benefits Review Board which, by a split panel, affirmed the Administrative Law Judge's Decision and Order Denying Benefits on May 25, 2021 (Exhibit B).

8. Talisha Rose moved for en banc reconsideration of the May 25, 2021 order at the United States Department of Labor Benefits Review Board.

9. On December 29, 2022 a split panel of the en banc United States Department of Labor Benefits Review Board issued a Decision and Order on Reconsideration En Banc (Exhibit C) granting Talisha Rose's Motion for Reconsideration and remanding the case to the Office of Administrative Law Judges on the grounds that the Administrative Law Judge erred by placing a burden of persuasion on Talisha Rose to prove that she had an injury in order to make a *prima facie* case and be entitled to the section 20 (a) presumption.

10. Petitioners seeks judicial review of the Benefits Review Board's December 29, 2022 Decision and Order on Reconsideration En Banc on the grounds

that the United States Department of Labor's Benefits Review Board's Decision and Order on Reconsideration En Banc on the grounds that the new legal standard: (1) is not in accordance with the law and disregards vertical *stare decicis* (see e.g. *Kwiasizur v. Cardillo*, 175 F.2d 235 (3d Cir. 1949); *Bartelle v. McLean Trucking Co.*, 687 F.2d 34 (4th Cir. 1982); *Bis Salamis, Inc. v. Director, OWCP*, 819 F.3d 116 (5th Cir. 2016); *Young & Co. v. Shea*, 397 F.2d 185 (5th Cir. 1968) (binding on the Eleventh Circuit); *Storey v. D.C. Dept't of Empl. Srvcs.*, 162 A. 2d 793 (D.C. Cir 2017)); and (2) is not in accordance with the law because section 7 (c) of the Administrative Procedure Act (5 U.S.C. § 556 (d)) places a burden of persuasion on the proponent of a rule or order at all times, which the Benefits Review Board does not have the power to remove (see *Mullins Coal Co. Inc. v. Director, OWCP*, 484 U.S. § 135 (1987); *Director, OWCP v. Greenwich Collieries*, 512 U.S. 267 (1994)).

11.  The Petition is timely filed within sixty (60) days of the issuance of the December 29, 022 Decision and Order on Reconsideration En Banc. See 33 U.S.C. § 921 (c).

12.  The United States District Court for the Middle District of Florida has jurisdiction over this claim as the District Director for the Southern District of the Office of Workers' Compensation Programs, Division of Federal Employees', and Longshore and Harbor Workers' Compensation is located in Jacksonville, Florida. See 42 U.S.C. § 1653 (b).

13. The United States District Court for the Middle District of Florida is the proper venue because judicial review of orders under the Defense Base Act must be commenced in district court. *ITT Base Servs. V. Hickson*, 155 F.3d 1272, 1275 (11th Cir. 1998).

14. Petitioners are represented by Edwin B. Barnes of Thomas Quinn, LLP, 219 9th Street, Second Floor, San Francisco, California 94103, who appears pro hac vice and who has requested Special Admission.

15. Talisha Rose is represented by Jon Robinson, Strongpoint Law Firm, 1070 W Causeway Approach, Mandeville, Louisiana 70471 and Lara Merrigan, Merrigan Legal, One Harbor Drive, Suite 300, Sausalito, California 94965.

16. The Director, Office of Workers' Compensation Programs, United States Department of Labor is represented by Mark Reinhalter, Office of Workers' Compensation Programs, 200 Constitution Avenue NW, Suite S-3524, Washington, District of Columbia 20210.

/

/

/

/

/

Petitioners respectfully request the Court issue a briefing schedule so that Petitioners may more fully present their appeal.

Date:       February 23, 2023                    Respectfully submitted,

Thomas Quinn, LLP


_____/s/ Edwin B. Barnes_____
Edwin B. Barnes (CA SBN 295454)
219 9th Street, Second Floor
San Francisco, CA 94103
T: (415) 546-6100
F: (415) 358-5868
ebarnes@thomasquinnlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 23 day of February 2023, I served a true and correct copy of the foregoing *Unopposed Motion for Special Admission* via e-mail as follows:

Jon Robinson
1070 W Causeway Approach
Mandeville, LA 70741
Boca Raton, FL

via e-mail
jrobinson@strongpointlaw.com

Lara Merrigan
Merrigan Legal
One Harbor Drive
Suite 300
Sausalito, CA 94965

via e-mail:
lara@merriganlegal.com

Mark A. Reinhalter, Esq.
Counsel for Longshore
USDoL/OSoL/DBLLLS
200 Constitution Avenue, N.W.
Room N-2119
Washington, D.C. 20210

via e-mail:
reinhalter.mark@dol.gov

David Duhon
SDoL OWCP/DLHWC
Charles E. Bennett Federal Building
400 West Bay Street,
Room 63A, Box 28
Jacksonville, FL 32202

via United States First Class Mail

_____
Michelle Dantzman