UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VECTRUS SYSTEMS CORPORATION
and INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

    Petitioners,

v.                               Case No. 3:23-cv-200-HES-MCR

DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT
OF LABOR and TALISHA ROSE

    Respondents.
_____/

## ORDER

This cause comes before the Court on "Director's Motion for Leave to Reply to Petitioner's Response to Motion to Dismiss" (Dkt. 15). The Motion fails to comply with Local Rule 3.01(g), M.D. Fla., which provides:

> (d) NO REPLY AS A MATTER OF RIGHT. Without leave, no party may file a reply directed to a response except a response to a motion for summary judgment. A motion requesting leave to reply must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed reply; and *must not include the proposed reply*. A party may reply to a response to a motion for summary judgment within fourteen days after service of the response. *The reply must not exceed seven pages inclusive of all parts.*

Local Rule 3.01 (g), M.D. Fla. (emphasis added).

This Court expects the parties that come before it to comply with the Local Rules of the Middle District of Florida.

Accordingly, it is hereby **ORDERED**:

The "Director's Motion for leave to Reply to Petitioner's Response to Motion to Dismiss" (Dkt. 15) is **DENIED** without prejudice. The Director, Office of Workers' Compensation Programs, United States Department of Labor, may file an amended motion within 5 days of the date of this Order.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of July 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Edwin Brooks Barnes, Esq.
Matthew Wade Boyle, Esq.
Jon B. Robinson, Esq.

2