UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| VECTRUS SYSTEMS CORPORATION, )<br>)<br>   and )<br>)<br>INSURANCE COMPANY OF THE )<br>STATE OF PENNSYLVANIA, )<br>)<br>   Petitioners, )<br>)<br>   v. )<br>) Case No.<br>TALISHA ROSE, ) 3:23-cv-00200-HES-MCR<br>)<br>   and )<br>)<br>DIRECTOR, OFFICE OF WORKERS' )<br>COMPENSATION PROGRAMS, UNITED )<br>STATES DEPARTMENT OF LABOR, )<br>)<br>   Respondents. ) | |

**DIRECTOR'S MOTION FOR LEAVE TO REPLY TO PETITIONERS' RESPONSE TO MOTION TO DISMISS**

Petitioners filed a petition for review of a decision of the Benefits Review Board, United States Department of Labor on February 24, 2023. On April 13, 2023, the Director, Office of Workers' Compensation Programs, United States Department of Labor, a Respondent, filed a motion to dismiss the petition for review for lack of jurisdiction. Respondent Talisha Rose responded on May 22, 2023, also seeking dismissal of the petition. On June 9, 2023, Employer filed a response to the Director's

1

motion to dismiss and Rose's response.

In Petitioners' response, they argue that this court has jurisdiction under *Leedom v. Kyne*, 358 U.S. 184 (1958), which found district court jurisdiction under 28 U.S.C. § 1337 (giving district courts original jurisdiction over "any civil action or proceeding arising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies.")  Notably, this is a different basis for jurisdiction than that asserted in the petition for review, which relies on a provision of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 921(c), as extended by the Defense Base Act, 42 U.S.C. § 1651.

Because Petitioners are now asserting a basis for jurisdiction different from that relied on in their petition, the Director seeks leave to file a reply.

                                      Respectfully Submitted,

                                      SEEMA NANDA
                                      Acting Solicitor of Labor

                                      BARRY H. JOYNER
                                      Associate Solicitor

                                      MARK A. REINHALTER
                                      Counsel for Longshore

                                      SEAN G. BAJKOWSKI
                                      Appellate Counsel

                                      <u>/s/ Matthew W. Boyle</u>
                                      MATTHEW W. BOYLE
                                      U.S. Department of Labor

Office of the Solicitor<br>
200 Constitution Avenue, NW,<br>
 Room N-2117<br>
Washington, DC  20210<br>
202-693-5660<br>
Attorneys for the Director, Office of<br>
Workers Compensation Programs

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the movant conferred with counsel for the other parties via electronic mail on June 16, 2023.  Counsel for Respondent Rose has no objection to the motion.  Counsel for Petitioners has not responded as of the filing of this motion.

/s/ Matthew W. Boyle<br>
MATTHEW W. BOYLE

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed the foregoing Response through the appellate CM/ECF system, and that the participants in the case, except those noted below, are registered users of, and will be served through, the CM/ECF system.  Those listed below have been served by electronic mail.

Lara Merrigan  
Merrigan Legal  
One Harbor Drive, Suite 300  
Sausalito, CA 94965  
lara@merriganlegal.com

/s/ Matthew W. Boyle<br>
MATTHEW W. BOYLE

3